Case: 2:18-cv-13841
Judge: Borman, Paul D.
MJ: Grand, David R.
Filed: 12-11-2018 At 03:49 PM
CMP PERKINS v ST MI, ET AL (dat)

STATE SUPREME Court
STATE of michigan

---

CASE NO. _____

---

OCTOBER 31, 2018

---

Victor B. Perkins, et al.,
    Plaintiff(s)

    -v-

STATE of michigan /
EASTERN District of North Carolina /
EASTERN District of New York /
EASTERN District of Minnesota /
WESTERN District of Missouri /
EASTERN District of michigan /
JOHN DOE, SUPERVISOR,
United States PROBATION DEPARTMENT,
DION THOMAS, United STATES PROBATION OFFICER /
    DEFENDANT(s)

——————————— et al.,

COMPLAINT of HARASSMENT,
Negligence with Attempt to commit
murder, threats of imprisonment,

2)

THREATS AGAINST the family
of the Plaintiff, DEBT OWED
By the DEFENDANT(s) AND property
THEFTS AND MENTAL ABUSE of children,
POISONING, paralizing AND AND BEATING

HONORABLE Justices,

JURISDICTION

Comes now, Plaintiff ("hereinafter" PERKINS") in pro se with complaint that the defendants have harassed, neglected with attempt to murder PERKINS, threats of emprisoning Perkins without just cause in accordance to Title 18 U.S.C. 4246(d)+(e), Title 28 U.C.C. 1331, Title 28 U.S.C. 1343, Title 28 2241, Title 28 USC 2255, Title 42 USC 1997 and Title 18 U.S.C. 3553(G)(1), Title 18 USC 3582(c)(2) and the Federal Rules of Civil and Criminal Rules, pursuant the United States Supreme Court Rules 14, 20, 33, 38, whereof jurisdiction of the State Supreme Court of the State of Michigan is invoked.

Statement of Complaint

PERKINS, comes now, with contentions in complaint of Debt

3)

owed by the defendant(s) to the plaintiff and his family members, threats against Perkins and his family members of imprisonment without just cause, negligence with attempt to murder the plaintiff and his family members and blacks in the United States of America, property thefts causing deafening in children of color, poisoning blacks with a found to be dangerous and harmful drug by the United States Food and Drug Administration in 2003-2018 after testing the defendant(s) dangerous and harmful drug(s) have cost Perkins to suffer two massive heart attacks in 2015, have caused his family and black members paralysis, diabetics, dialysis and causing deafening in children of color by poisoning and supplying them with contaminated water and charging them for it with in the state of New York is the leading cause of breast cancer in women of color on Long Island, Jamaica Queens and Manhattan from the Hudson River and the Defendant(s) former employees of Jamaica Water Supply Company whom directly attempted to murder to silence the plaintiff(s).

### STATEMENT of FACTS

Perkins, comes new, with contention(s) on behalf of the Twelve Tribes of Jacob and himself whom is the Lion of the Tribe of Judah that the Defendant(s) were directly responsible for negligence with attempt to murder or cause crippling injury such as massive heart attacks, paralysis in many and numerous members and Black

4)

people of the United States of America whose children are suffering for deafening mental complications from contaminants in the water system which is regulated by the Environmental Protection Agency, the state of New York and Michigan Departments of Health negligence to enforce the written law and the Food and Drug Administration has found that dangerous and harmful drugs that causes kidney failure, cancer, diabetes, dialysis, diarrhea, severe swollenness of the lower and upper body, muscle spasms, strokes and massive heart attacks and failure in 2003-2018 which by President Trump and the Congress these laws have been failed to be enforced due to corrupt and bribery and taking personal and government kickbacks where the debt owed to the Twelve Tribes of Judah total at three hundred Trillion dollars for the property stolen and illegally confiscated and the wrongful imprisonment of Patrick Thomas and Robert Perkins who was directed to receive a 2-point reduction that made him eligible for release six month ago in the month of May 2018.

### Relief Sought

Plaintiff and the Twelve Tribes of Jacob seek in Relief sought that the State Supreme Court for the state of Michigan, award financial compensation at the sum of three Hundred trillion dollars ($300,000,000,000,000.00) for the injuries sustained which also include psychiatric and

5) psychological depression and emotional distress and for the illegally stolen and seized property in violation of the Fourth and Third Constitutional Amendment of the United States of America.

## Conclusion

Accordingly and unprecedented the plaintiff and his children the twelve tribes of Jacob pray that complaint of harassment, negligence, attempted murder by producing, selling and distributing a dangerous and harmful product that has caused kidney failure, kidney disease, cancer, paralysis, diabetes, dialysis, massive heart attacks and failure, strokes and nullness of lower and upper body, diarrhea and chronic Acid reflux disease in many members. As a matter of law and in accordance with the due process of the law clauses of the first, third, fourth, fifth, eighth, tenth and fourteenth constitution Amendment now before the State Supreme Court of the State of Michigan for deliberation and review?

Respectfully submitted,

Victor B. Perkins / Plaintiff et al.,
347 Sheridan Avenue
Saginaw, Michigan 48601

## Affavit of Service

I, Victor Bernard Perkin, do swear that a true copy of complaint of Harasment, et. was served upon the listed defendant(s) at the addresses listed in the Directory by placing said in the United States Postal mail system on this ___ day of December 2018, properly addressed:

Respectfully submitted,

Victor B Perkins
18468 Hickory Street
Detroit, Mich 48205

tel: 989-755-6281

Dated: December 1, 2018

Victor B. Perkins
18468 Hickory Street
Detroit, Mich 48205

12-3-18

Attn: Clerk of the Court
United States District Court
Eastern District of Michigan
231 W. Lafayette Blvd
Detroit, Mich 48226

RECEIVED
DEC 11 2018
CLERK'S OFFICE
U.S. DISTRICT COURT

(legal mail)

(legal mail)

(legal mail)