## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

VICTOR PERKINS,

                Plaintiff(s),                            Case No.  18-13841

v.                                            Honorable  Paul D. Borman

STATE OF MICHIGAN, et al.,                  Magistrate Judge  David R. Grand

                Defendant(s).

_____/

### ORDER REGARDING REASSIGNMENT OF COMPANION CASE

       This case appears to be a companion case to Case No. _____19-10683_____. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable _Arthur J. Tarnow_____ and Magistrate Judge _Stephanie Dawkins Davis_____.

                                   s/Paul D. Borman_____
                                   Paul D. Borman
                                   United States District Judge

                                   s/Arthur J. Tarnow_____
                                   Arthur J. Tarnow
                                   United States District Judge

---

        Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
Case type: _CIVIL_____

        If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: _April 12, 2019_____        _s/N. Ahmed_____
                                         Deputy Clerk

cc:    Parties and/or counsel of record
       Honorable Arthur J. Tarnow