UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTOR B. PERKINS,

        Plaintiff,

v.

STATE OF MICHIGAN, ET AL.,

        Defendants.

                                            /

Case No. 18-13841

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
STEPHANIE DAWKINS DAVIS

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

Plaintiff, Victor Perkins, brought this suit on December 11, 2018 against a number of United States districts, the "United States Probation Department," and two individual probation officers. He had also brought a suit on October 31, 2018, in the United States District Court of the Eastern District of New York. On March 7, 2019, that Court transferred the case to this district, after it found that Mr. Perkins had filed an identical complaint in this district. *See Perkins v. Michigan*, et al., 19-10683, Dkt. 2 (E.D.N.Y. Mar. 5, 2019) (Matsumoto, J.) (referencing *Perkins v. Michigan*, et al., 18-13841 (E.D. Mich. 2018) (Borman, J.)).[1] The New York district court noted on the docket that "plaintiff has filed either to pay the filing fee or to

---

[1] The New York case was transferred to this Court, which then accepted the case previously assigned to Judge Borman as a companion case.

request to proceed in forma pauperis." (Dkt. 3). That case is subject to an Order to Show Cause as well.

Similarly, Mr. Perkins has taken no action in this case. His filing fee remains unpaid, and the grounds for his cause of action are murky. He has also failed to serve the defendants within 90 days, as required by Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."). If Mr. Perkins does not remedy the many problems with his case, the Court will have no alternative but to dismiss the action.

**IT IS ORDERED** that Plaintiff **SHOW CAUSE**, in writing, why this case should not be dismissed for failure to prosecute. Plaintiff will have until **May 3, 2019** to comply with this Order.

**SO ORDERED**.

s/Arthur J. Tarnow
Arthur J. Tarnow
Dated: April 17, 2019                Senior United States District Judge