UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VICTOR B. PERKINS, | Case No. 18-13841 |
| Plaintiff, | SENIOR U.S. DISTRICT JUDGE ARTHUR J. TARNOW |
| v. | U.S. MAGISTRATE JUDGE |
| STATE OF MICHIGAN, ET AL., | STEPHANIE DAWKINS DAVIS |
| Defendants. | |

_____/

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

Plaintiff, Victor Perkins, brought this suit on December 11, 2018 against a number of United States districts, the "United States Probation Department," and two individual probation officers. He had also brought a suit on October 31, 2018, in the United States District Court of the Eastern District of New York. On March 7, 2019, that Court transferred the case to this district, after it found that Mr. Perkins had filed an identical complaint in this district. *See Perkins v. Michigan*, et al., 19-10683, Dkt. 2 (E.D.N.Y. Mar. 5, 2019) (Matsumoto, J.) (referencing *Perkins v. Michigan*, et al., 18-13841 (E.D. Mich. 2018) (Borman, J.)).[1] The New York district court noted on the docket that "plaintiff has filed either to pay the

---
[1] The New York case was transferred to this Court, which then accepted the case previously assigned to Judge Borman as a companion case.

filing fee or to request to proceed in forma pauperis." (Dkt. 3). That case is subject to an Order to Show Cause as well.

On April 17, 2019, the Court ordered an Order to Show Cause [4] why case should not be dismissed for failure to prosecute. Plaintiff was given until May 3, 2019 to respond to the Order. He has not. The Court therefore will dismiss the case under FED. R. CIV. P. 4(m), which provides that "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

**IT IS ORDERED** that this case is **DISMISSED** without prejudice.

**SO ORDERED**.

Dated: May 16, 2019

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge